AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:25-cv-00308-RLP**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **GRANT COUNTY**
was recieved by me on **9/11/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **GRANT COUNTY AUDITOR**, who is designated by law to accept service of process on behalf of **GRANT COUNTY** at **35 C St NW, Ephrata, WA 98823-1685** on **09/11/2025 at 3:25 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 147.30** for services, for a total of **$ 147.30**.

I declare under penalty of perjury that this information is true.

Date: 09/12/2025

[signature]

*Server's signature*

**Diane L. Pefley-Crawford**

*Printed name and title*

**415 South Alder**
**Moses Lake, WA 98837**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Complaint; SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET, to GRANT COUNTY AUDITOR, DESIGNEE with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs. Left with Gwendolyn Coture, Recording/licensing Deputy**

Tracking #: **0186042660**